UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __6/23/26__

JULIUS BOWDITCH,

        Plaintiff(s),

    -against-

FORDAM UNIVERSITY, et al.,

      Defendants.

23-CV-4001 (VSB) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

     In light of the parties' joint letter stating that there are no discovery disputes ripe for judicial intervention, and at the parties' request (Dkt. 49), the status conference currently scheduled for June 29, 2026 (*see* Dkt. 45 ¶ 6) is ADJOURNED to **July 16, 2026** at **12:00 p.m.** In advance of the status conference, the parties must submit a joint letter advising the Court as to the progress of discovery, no later than **July 14, 2026**.

     Further, the Court GRANTS IN PART the parties' joint request to extend the current discovery schedule (*see* Dkt. 48), to the extent that the close of all fact discovery (Dkt. 45 ¶ 4) is EXTENDED to **August 17, 2026**. The parties must be prepared to discuss their proposed expert discovery schedule (*see* Dkt. 48 at 2) at the July 16, 2026 status conference.

     The Clerk of Court is respectfully directed to close the letter-motion at Dkt. 49.

Dated: New York, New York
      June 23, 2026

                                **SO ORDERED.**

                                _____

                                **BARBARA MOSES**
                                **United States Magistrate Judge**