USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/30/26

LAW OFFICE OF
# JOSHUA J. LAX
225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

July 29, 2026

**By ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application GRANTED. The deadline for any discovery letter-motions seeking relief concerning plaintiff's request for production of documents reflecting the settlement negotiations between defendants Fordham and Benavides (*see* Dkt. 52) is EXTENDED to **August 12, 2026**.
SO ORDERED.

July 30, 2026

**Barbara Moses, U.S.M.J.**

**Re: *Julius Bowditch v. Fordham University, et. al.*, 23 CV 4001 (VSB)(BCM)**

Your Honor:

I represent Plaintiff Julius Bowditch in the above-referenced matter. I write with the consent of defense counsel Ryan Soebke, Esq., and Helen J. Setton, Esq., to respectfully request an extension of time to submit a letter concerning Plaintiff's request for production of documents reflecting the settlement negotiations between defendants Fordham and Benavides, from July 31, 2026, to August 12, 2026.

The basis for this request is that counsel for Fordham defendants reports that he just received additional documents related to the settlement negotiations into his e-discovery platform and needs time to both review these additional documents and confer with his client. Counsel for Fordham believes that he should be able to do so within a week. Counsel for all parties will thereafter confer concerning their positions on this discovery and explore a possible resolution of the issue. If no resolution is reached, Plaintiff will need additional time to prepare and file his letter in support of his motion to compel. To allow for these steps to be completed, and to account for any scheduling issues in the intervening week, Plaintiff respectfully requests an extension of the due date to submit a letter concerning this issue from July 31, 2026, to August 12, 2026.

Plaintiff thanks the Court for its consideration of this matter.

MEMO ENDORSED

Respectfully submitted,

/s/

Joshua J. Lax
*Attorney for Mr. Bowditch*

cc: All Counsel (By ECF)