USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 10/22/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIUS BOWDITCH,<br>Plaintiff,<br>-against-<br>FORDAM UNIVERSITY, et al.,<br>Defendants. | 23-CV-4001 (VSB) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed at today's status conference, no later than **October 29, 2026**, the parties must submit a joint letter proposing an extension of the current discovery schedule. *See* Dkts. 52, 50, 45.

The parties' proposed dates must include both fact and expert discovery deadlines. Any request for an extension greater than two months of the current fact discovery schedule must demonstrate good cause. The parties must also propose potential dates for a status conference shortly before the deadline for fact discovery.

Dated: New York, New York
October 22, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**