LAW OFFICE OF

# JOSHUA J. LAX

225 BROADWAY, STE 715, NEW YORK, NEW YORK 10007

October 29, 2026

**By ECF**
Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/30/26

**Re: *Julius Bowditch v. Fordham University, et. al.*, 23 CV 4001 (VSB)(BCM)**

Your Honor:

I represent Plaintiff Julius Bowditch in the above-referenced matter. I write jointly with defense counsel Ryan Soebke, Esq., and Helen J. Setton, Esq., pursuant to the Court's October 22, 2026, Order directing the parties to submit proposed revised schedule for the close of fact discovery and expert discovery.

The parties have conferred and respectfully request the following revised schedule to complete fact and expert discovery.

| | |
|---|---|
| Close of Fact Discovery: | January 22, 2027 |
| Expert Reports Due: | March 19, 2027 |
| Rebuttal Reports Due: | April 23, 2027 |
| Expert Depositions Due: | May 21, 2027 |
| Commence Summary Judgment Practice: | ~~June 18, 2027~~ June 21, 2027 |

The parties request for the close of fact discovery is slightly longer than a two month extension by four days. January 16, 2027, falls on a Saturday, and Monday, January 18, 2026 is the celebration of the Martin Luther King, Jr., holiday. As a result, the parties respectfully request to have until the end of that week to complete fact discovery.

Lastly, the parties propose the Court hold a status conference on January 6 or 8, 2027. The parties are available between 10:00 a.m. and 2:00 p.m. each day.

The parties thank the Court for its consideration of this matter.

MEMO ENDORSED

Respectfully submitted,

/s/

Joshua J. Lax
*Attorney for Mr. Bowditch*

cc: All Counsel (By ECF)

Application GRANTED to the extent that the discovery schedule (*see* Dkt. 52) is EXTENDED as modified above. No additional extension of these deadlines will be granted absent compelling circumstances.

The Court will hold a status conference in this matter on **January 6, 2027 at 11:00 a.m.** No later than **December 30, 2026**, the parties must submit a joint status letter outlining the progress of discovery to date.

SO ORDERED.

October 30, 2026

**Barbara Moses**
**United States Magistrate Judge**